IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | § CASE NUMBER: 14-42259 |
| HERBERT FRISON | § |
| DEBTOR(S) | § |
| | § |
| | § CHAPTER 11 |

**REQUEST FOR NOTICES**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE:

COMES NOW, the undersigned attorney who requests that all notices in the above-encaptioned matter be copied to Shapiro Schwartz, LLP as follows:

**Shapiro Schwartz, LLP**
**13105 Northwest Freeway**
**Suite 1200**
**Houston, TX 77040**

Respectfully submitted,
SHAPIRO SCHWARTZ, LLP

By: */s/ Kirk Schwartz*
Kirk A. Schwartz
State Bar No. 24004908
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone (713)462-2565
Facsimile (847)879-4856
Email kschwartz@logs.com
Attorney for Select Portfolio Servicing, Inc.